NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM MICHAEL FREDERICK TAYLOR,**
*Plaintiff-Appellant*

v.

**JOSEPH MATAL, Performing the Functions & Duties of Director of the US Patent & Trademark Ofc,**
*Defendant-Appellee*

---

2018-1047, -1048, -1070

---

Appeals from the United States District Court for the Eastern District of Virginia in Nos. 1:15-cv-01607-LMB-JFA, 1:15-cv-01684-LMB-JFA, and 1:16-cv-00012-LMB-JFA, Judge Leonie M. Brinkema.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

William Michael Frederick Taylor moves for reconsideration of this court's December 19, 2017 order denying his motion for leave to proceed *in forma pauperis*. Mr.

Taylor also moves for an extension of time to pay the filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reconsideration is denied.

(2) The motion for an extension of time is granted to the extent that the fee payment is due within 40 days of the date of filing of this order.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s24